# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA
v.

JACOB R. SIMS

**JUDGMENT IN A CRIMINAL CASE**
(For a Petty Offense)-- Short Form
CASE NUMBER: 3:09mj141/MD

**Thomas Keith, AFPD**
Defendant's Attorney

☐ **THE DEFENDANT** pled guilty to count(s) One (as amended), Two and Three of the Information.

| Title & Section | Nature of Offense | Date Concluded | Count Number(s) |
|---|---|---|---|
| F.S.S. §322.34 and 18 U.S.C. §§ 7 & 13 | Driving With a Suspended License Without Knowledge | 1/22/09 | One |
| F. S. S. § 320.07 and 32 C.F.R. § 210 | Expired Registration | 1/22/09 | Two |
| F.S.S. § 316.646 and 18 U.S.C. §§ 7 & 13 | Driving Without Insurance With Knowledge | 1/22/09 | Three |

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States attorney. The fines/SMA's shall be paid no later than July 15, 2009.

| **Assessment** | **Fine** | **Restitution** |
|---|---|---|
| $ 25.00 | $ 260.00 | $ 0.00 |

Date of Imposition of Sentence - 5/27/09

_____
Miles Davis
UNITED STATES MAGISTRATE JUDGE

Date: 5-27-2009